PROB 12C
(7/93)

Report Date: June 4, 2010

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Isom Collins              Case Number: 2:05CR02097-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Moses Lake, WA 98837

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 04/20/2006

Original Offense:      Possession of Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 51 Months;           Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Jane M. Kirk                  Date Supervision Commenced: 05/13/2009

Defense Attorney:      Alex B. Hernandez, III        Date Supervision Expires: 05/12/2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**Supporting Evidence**: On May 13, 2009, the defendant was released from the custody of the Bureau of Prisons after completing his sentence. The defendant was detained by Grant County, Washington, on new homicide charges.

On June 10, 2009, this officer met with the defendant at the Grant County Jail in Ephrata, Washington, and reviewed his reporting instructions. The defendant was reminded to immediately contact U.S. Probation upon release from custody. A request was made to the Grant County Jail to notify U.S. Probation if the defendant was to be released.

On June 4, 2010, this officer contacted the Grant County Jail and was advised the defendant had been released. It was determined the defendant was released on May 11, 2010, after he plead guilty to one-count of rendering criminal assistance in the first degree. It was further noted the defendant was scheduled to appear for sentencing on May 18, 2010, but failed to do so and a bench warrant was issued. The defendant provided an address to an apartment

Prob12C
Re: Collins, James Isom
June 4, 2010
Page 2

complex prior to his release but he failed to provide the unit number. To date, local law enforcement has been unable to locate the defendant. The defendant has also failed to contact U.S. Probation since his release. At this time the defendant's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/04/2010

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/7/10
Date